UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

|  |  |
|---|---|
| STANDARD FEDERAL BANK, N.A., as Successor by merger to MICHIGAN NATIONAL BANK,<br><br>    Plaintiff,<br><br>v.<br><br>M/Y PLEASURES, Official Number 1068563, a 1998 47' Sea Ray, her engines, tackle, rigging, dinghies, equipment, appurtenances, furniture, etc., *in rem,* MARIE A. FALOR and ROBERT D. FALOR, *Mortgagors,*<br><br>    Defendants. | Case No. 03-60925<br><br>District Judge Paul C. Huck<br>Magistrate Judge William C. Turnoff |



### NOTICE OF ACTION *IN REM* AND ARREST OF VESSEL

In accordance with Supplemental Rule (C)(4) for Certain Admiralty and Maritime Action of the Federal Rules of Civil Procedure, and Local Admiralty Rule C(4), notice is hereby given of the action *in rem* and arrest of the M/Y PLEASURES, a marine vessel with Official Number 1068563, in accordance with a Warrant of Arrest issued on May 16, 2003, which process was executed on May 22, 2003.

Pursuant to Supplemental Rule (C)(6), and Local Admiralty Rule C(6), any person having a claim against the vessel and/or property shall file a claim with the Court not later than ten (10) days after process has been effective and shall file an answer within twenty (20) days from the date of filing their claim.

DATED at Fort Lauderdale, Florida, this ___23___ day of May 2003.

**ADORNO & YOSS, P.A.**
*Attorneys for Plaintiff*
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316
Telephone: (954) 523-5885
Facsimile:  (954) 760-9531

By: _____
Rachel M. Coe / FBN: 0108900
Robert D. McIntosh / FBN: 115490