UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STANDARD FEDERAL BANK, N.A., as
Successor by merger to MICHIGAN
NATIONAL BANK,

        Plaintiff,

Main Case No. 03-60925 Hu 4<

Supplementary Proceeding No.:

v.

M/Y PLEASURES, Official Number 1068563,
a 1998 47' Sea Ray, her engines, tackle, rigging,
dinghies, equipment, appurtenances, furniture, etc.,
*in rem*, MARIE A. FALOR, ROBERT D. FALOR,
*Mortgagors*, and STANDARD FEDERAL BANK, N.A.
As Successor by merger to MICHIGAN NATIONAL
BANK,

        Defendants.
_____/

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,

        Intervening Plaintiff,

v.
STANDARD FEDERAL BANK, N.A., as
Successor by merger to MICHIGAN
NATIONAL BANK, M/Y PLEASURES,
Official Number 1068563, a 1998 47' Sea Ray,
her engines, tackle, rigging, dinghies, equipment,
appurtenances, furniture, etc., *in rem*,
MARIE A. FALOR, ROBERT D. FALOR,
*Mortgagors*, and STANDARD FEDERAL BANK, N.A.
As Successor by merger to MICHIGAN NATIONAL
BANK,

        Defendants.
_____/

## THE SUPPLEMENTAL WARRANT FOR RE-ARREST IN REM

TO THE UNITED STATES MARSHALL



FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

The Complaint in the above-styled in rem proceedings was filed in the Fort Lauderdale Division of this Court on May 29, 2003.

In accordance with the Supplemental Rule C, E and Local Rule E(2) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rules, you are directed to re- arrest the Defendant Vessel, her boats, tackle, apparel, and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

You shall also give notice of the re-arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

DONE AND ORDERED at ~~Fort Lauderdale~~ Miami, Florida, this 9th day of June, 2003.

CLERK

By: _____
Deputy Clerk

cc:   John A. Anthony

### SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within ten (10) days after the process has been executed, and shall also be required to file an answer within twenty (20) days after the filing of this claim.

Any person claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

ORDER: Warrant to issue for delivery to U.S. Marshal not later then Noon of next business day following issuance.
☒ Not to be executed on legal holiday, weekend or after Noon of date preceding same.
☐ May be executed anytime or day.

_____
U.S. DISTRICT JUDGE